UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL WEISHAAR, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-2460 PLC |
| ELLIOTT AUTO SUPPLY CO., INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the court on Plaintiff's notice of dismissal without prejudice. (ECF No. 4). See Federal Rule of Civil Procedure 41(a)(1).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED without prejudice** as to Defendant, with each party to bear its own costs and fees.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of September, 2017